IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | ) CRIMINAL NO. 93-0008-CB |
| **JEROME ELWYN CHISHOLM** | ) |
| | ) |
| Defendant/Petitioner. | ) |

NOTICE OF APPEARANCE

COMES NOW the United States of America, by and through Deborah Rhodes, the United States Attorney for the Southern District of Alabama, and hereby files this Notice of Appearance informing the Court and the defendant that Assistant United States Attorney Steven E. Butler will be appearing on behalf of the United States in this case.

Respectfully submitted this 20th day of May, 2008.

Respectfully submitted,

DEBORAH J. RHODES
UNITED STATES ATTORNEY
By:

/s/  Steven E. Butler
Steven E. Butler
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama  36602
Telephone:  (251) 415-7102
Fax:  (251) 441-5131
E-mail:  steven.butler@usdoj.gov

CERTIFICATE OF SERVICE

I certify that, on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any counsel of record, and forwarded a copy of the same to defendant Jerome Elwyn Chisholm, Reg. No. 07113-035, Federal Correctional Institution, P.O. Box 7000, Texarkana, Texas 75505-7000 via United States mail.

/s/  Steven E. Butler
Steven E. Butler
Assistant United States Attorney