## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO.93-00008-CB-C |
| CLARENCE AARON, ) | |
| Defendant. ) | |

### ORDER

For good cause shown, the defendant's motion to extend the time within which to file a notice of appeal (Doc. 211) is **GRANTED**. Defendant shall file his appeal on or before **November 13, 2008**.

**DONE** and **ORDERED** this the 6th day of October, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**